```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED C. DOLAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2767
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8           FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,     )   CASE NO. 2:10-cr-211 FCD DAD
                                  )
11                 Plaintiff,     )
                                  )
12       v.                       )   STIPULATION AND
                                  )   ORDER
13  MELISSA GEDDES                )
                                  )
14                                )
                   Defendant.     )
15  _____)
16
17       The parties stipulate and request that Judgment and
18  Sentencing in this case be continued from April 18, 2011 to May
19  3, 2011 at 10:00 a.m. before the Honorable Dale A. Drozd.
20                                    Respectfully Submitted,
21                                    BENJAMIN B. WAGNER
                                      United States Attorney
22
23
    DATE: April 18, 2011       By:    /s/ Jared Dolan
24                                    Jared C. Dolan
                                      Assistant U.S. Attorney
25
26
    DATE: April 18, 2011              /s/ JCD for Dina Santos
27                                    Dina Santos
                                      Attorney for Defendant
28
                                 1
```

**FILED**

APR 18 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

|   |   |
|---|---|
| 1 | **SO ORDERED.** |
| 2 DATE: 4/18/11 | |
| 3 | *[signature]* |
| 4 | HON. DALE A. DROZD<br>U.S. Magistrate Judge |

2