BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>MELISSA GEDDES<br><br>          Defendant. | CASE NO. 2:10-cr-211 KJN<br><br>STIPULATION AND ORDER TO SCHEDULE SENTENCE FOR MAY 11, 2011 |

The parties request that the sentencing in this case be scheduled for May 11, 2011 at 9:00 a.m. in Courtroom 8 before the Honorable Kendall J. Newman, U.S. Magistrate Judge. The parties have confirmed the availability of this date with the Court's clerk.

                                          Respectfully Submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATE: May 9, 2011      By:      /s Jared Dolan
                                            JARED C. DOLAN
                                            Assistant U.S. Attorney

1

```
DATE: May 9, 2011                    /s Jared Dolan for
                                     DINA SANTOS
                                     Attorney for Defendant


                                     SO ORDERED.

DATE: May 9, 2011




                                     _____
                                     KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE
```