```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   MELISSA GEDDIS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    ) No. CR-S 10-211 KJN
                                )
13             Plaintiff,       )
                                ) STIPULATION AND ORDER RE TRAVEL
14     v.                       ) WHILE ON SUPERVISED RELEASE
                                )
15 MELISSA GEDDIS               )
               Defendant.       )
16                              )
                                )
17 _____)
```

18     **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L.

20 Santos, Counsel for Defendant MELISSA GEDDIS, that Ms. Geddis be

21 allowed to travel to Jamaica from June 15, 2011 to June 22, 2011.

22     The Court is advised that all counsel have conferred about this

23 request, that they have agreed to the stipulation and that Probation

24 Officer Insa Belochi has no objection to this request.

1  **IT IS SO STIPULATED**.

2

3  Dated: June 13, 2011                    /S/ Dina L. Santos
                                            DINA L. SANTOS
4                                           Attorney for Defendant
                                            MELISSA GEDDIS
5

6  Dated: June 13, 2011                    /S/ Jared Dolan
                                            JARED DOLAN
7                                           Assistant United States Attorney
                                            Attorney for Plaintiff
8

9                              **O R D E R**

10  **IT IS SO ORDERED**.

11              By the Court,

12

13  Dated: June 14, 2011

14

15

16

17  _____
    KENDALL J. NEWMAN
18  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                    2